DOW–CURRIER, Respondent, v. HENDERSON, Appellant. (Supreme Court, General Term, First Department. April 11, 1895.) Action by Ida M. Dow-Currier against David Henderson. No opinion. Motion denied, with $10 costs. The case of Tozer v. Railroad Co., 105 N. Y. 617, 11 N. E. 369, was not overlooked, but the question arose in that case quite differently from the manner in which it is presented in the case at bar. See 32 N. Y. Supp. 953.

DOWD, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (City Court of Brooklyn, General Term. April 22, 1895.) Action by Thomas F. Dowd, as administrator, etc., against the Brooklyn Heights Railroad Company. Morris & Whitehouse, for appellant. Tredwell & Catlin, for respondent.

PER CURIAM. Action to recover damages for negligently causing the death of plaintiff's intestate. On the first trial of this cause the complaint was dismissed on the ground that deceased was negligent, and that no negligence was shown on the part of the defendant. On appeal to the general term we reversed the judgment of the trial term, holding that a prima facie case of negligence had been made out against the defendant, and that the question of contributory negligence was for the jury to determine. Vide opinion, 29 N. Y. Supp. 745, 9 Misc. Rep. 279. On the second trial the jury, on all the evidence, found a verdict for the plaintiff. We are now asked to reverse the judgment entered thereon on the ground that "plaintiff failed to prove that the death of his intestate was due to any negligence on the part of defendant's servants, and without negligence on his own part." The evidence on the second trial presented a sharp conflict between the plaintiff's and defendant's witnesses as to the facts and circumstances which resulted in the killing of plaintiff's intestate. The jury have determined the issues in favor of the plaintiff, and there is nothing in the case which would justify us in interfering with the verdict. Judgment and order denying new trial affirmed, with costs.

EDISON GENERAL ELECTRIC CO., Respondent, v. KNEELAND, Appellant. (City Court of New York, General Term. May 28, 1895.) Action by the Edison General Electric Company against Sylvester H. Kneeland. A. Prentice, for appellant. Charles H. Brewster, for respondent.

PER CURIAM. Judgment appealed from affirmed, with costs.

EMPIRE WAREHOUSE CO. v. MALLETT. (Supreme Court, General Term, First Department. April 11, 1895.) Action by the Empire Warehouse Company against Peter Mallett, as surviving partner. No opinion. Motion for reargument denied. See 32 N. Y. Supp. 861.

EVANS, Appellant, v. CARROLL, Respondent. (Supreme Court, General Term, Third Department. May 14, 1895.) Action by George W. Evans against Patrick Carroll. No opinion. Order affirmed, with $10 costs and disbursements.

FAILING, Respondent, v. LEAHY, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by George H. Failing against Daniel M. Leahy. No opinion. Judgment and order affirmed, with costs. Hardin, P. J., not voting.

FARMER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by James S. Farmer against the New York Central & Hudson River Railroad Company. No opinion. Judgment of the county court and that of the justice's court reversed, with costs. Held, the evidence is insufficient to warrant the finding of negligence.

FEETER, Respondent, v. AIKENBURGH, Appellant. (Supreme Court, General Term, First Department. May 17, 1895.) Action by Jacob W. Feeter against Eliza J. Aikenburgh. C. E. Souther, for appellant. J. F. Miller, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

FINELITE v. GARRICK et al. (City Court of New York, General Term. May 28, 1895.) Action by Alexander Finelite, as receiver, etc., against Catherine Garrick, impleaded, etc. Coudert Bros., for appellant. Kantrowitz & Esberg, for respondent.

PER CURIAM. Judgment affirmed, with costs.

FIRST NAT. BANK OF SYRACUSE v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, General Term, Fourth Department. April, 1895.) Action by the First National Bank of Syracuse against the New York Central & Hudson River Railroad Company. No opinion. Motion denied. See 32 N. Y. Supp. 604.

FITCHBURGH R. CO., Appellant, v. KENNEDY, Respondent. (Supreme Court, General Term, Third Department. May 14, 1895.) Action by the Fitchburgh Railroad Company against James E. Kennedy. No opinion. Judgment affirmed, with costs.

FOLSOM et al. v. LEWIS et al. (City Court of New York, General Term. April 9, 1895.) Action by Samuel D. Folsom and others against Robert C. Lewis, impleaded, etc. Benjamin Wright, for appellant. Samuel Mullen, for respondent.

EHRLICH, C. J. The plaintiffs proved that they, as real-estate brokers, were employed by the defendant to find a purchaser for the house No. 146 East Sixty-First street, this city, at the price of $29,000; that they found a person willing to buy on these terms, and that the parties were brought together through the instrumentality of the plaintiffs. The brokerage on such transactions is conceded to be 1 per cent. of the purchase money, making $290, the amount of the verdict, exclusive of interest. The proofs also show that the failure to complete was owing to the inability on the part of the defendant. It was claimed by him that infants were interested in the property, and that they could